O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR M. PATRON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRIAN BIRKHOLZ,<br><br>　　　　Respondent. | Case No. CV 22-09077 JGB (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is dismissed, and Judgment shall be entered dismissing this action without prejudice.

DATED: March 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jesus G. Bernal
　　　　　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE