JS-6
o

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR M. PATRON, | Case No. CV 22-09077 JGB (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: March 31, 2023

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE